NUMBER 13-04-418-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
LIEM THAN LE AND PHUNG THAN,                                   Appellants,

v.

ROBERT G. TAYLOR II, ET AL.,                                          Appellees.
____________________________________________________________________

On appeal from the 343rd District Court
of Aransas County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, LIEM THAN LE AND PHUNG THAN, perfected an appeal from a
judgment entered by the 343rd District Court of Aransas County, Texas, in cause
number A-03-0281-CV-C. After the record was filed, appellants filed a motion to
dismiss the appeal. Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 24th day of March, 2005.